AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED
DEC 31 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>JONATHAN ONTONIEL GOMEZ-ALFARO<br>YOB: 1996 CITIZENSHIP: HONDURAS<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. M-19- 3188 -M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  December 17 -- December 30, 2019  in the county of  Hidalgo  in the
 Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324(a)(1)(A)(ii) | Knowingly and reckless disregard of the fact that J.I.G.G., a citizen of Honduras, who had entered the United States in violation of law, did knowingly transport, move, or attempt to transport by foot, said alien in furtherance of such violation of law within the United States, that is from a location near Hidalgo, Texas to another location near Hidalgo, Texas. |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

Approved by Robert Guerra
AUSA

Sworn to before me and signed in my presence.

*Complainant's signature*

HSI Special Agent Scott Przekop
*Printed name and title*

Date: 12/31/2019  -3:11pm

*Judge's signature*

City and state:  McAllen, Texas    Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT

On December 17, 2019, Border Patrol Agents encountered a male subject, later identified as Jonathan Ontoniel GOMEZ-Alfaro, and a juvenile, later identified as J.I.G.G., after both individuals illegally crossed the Rio Grande River near Hidalgo, Texas. GOMEZ-Alfaro claimed to be traveling with J.I.G.G. GOMEZ-Alfaro claimed that J.I.G.G. was his juvenile son and provided documentation to support that claim. An immigration inspection was conducted and both individuals were found to be illegally in the United States.

At that time, GOMEZ-Alfaro was not prosecuted for 8 U.S.C. 1325 (illegal entry).

On December 30, 2019, the Honduran consulate contacted the Department of Homeland Security regarding the alleged familial relationship between GOMEZ-Alfaro and J.I.G.G. Based on this information, Homeland Security Investigations Special Agents (HSI), approached GOMEZ-Alfaro regarding his claim to be the father of J.I.G.G and requested his consent to conduct a DNA check to determine paternity. GOMEZ-Alfaro stated that he was not the actual father of J.I.G.G. as previously stated.

GOMEZ-Alfaro further stated that he was transporting the child within the United States for the purpose of using the child to be allowed to stay in the United States. GOMEZ-Alfaro implied he knew the child was illegally in the United States and intended to further the child's illegal entry and presence within the United States.